UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

       Plaintiff,

       v.

ELMWOOD NYT OWNER, LLC and BOWLMOR
TIMES SQUARE, LLC,

       Defendants.

**ORDER**

22 Civ. 2300 (ER)

Ramos, D.J.:

On March 21, 2022, Dedra De La Rosa brought this action against Bowlmor Times Square, LLC and Elmwood NYT Owner, LLC.  Bowlmor and Elmwood were served on April 1, 2022.  Docs. 7, 8.  On June 8, 2022, after having been granted an extension of time, Bowlmor answered.  Docs. 10, 11, 13.  To date, defendant Elmwood has neither appeared in this action nor responded to the Complaint.

De La Rosa is therefore directed to submit a status report regarding the case by **June 12, 2022.**  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

       It is SO ORDERED.

Dated:    June 9, 2022
         New York, New York

_____
       Edgardo Ramos, U.S.D.J.