UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

       Plaintiff,

v.

ELMWOOD NYT OWNER, LLC and BOWLMOR TIMES SQUARE, LLC,

       Defendants.

**ORDER**

22 Civ. 2300 (ER)

Ramos, D.J.:

    The status conference scheduled for June 17 at 11:30AM is adjourned, as the issues relating to service have been resolved.

    It is SO ORDERED.

Dated:    June 16, 2022
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.