**MEMO ENDORSED**

DAVID J. GRECH
DGRECH@GRSM.COM

> Defendant's request to adjourn the October 6, 2022 pre-trial conference is denied. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: October 5, 2022
> New York, New York

**GORDON & REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

October 4, 2022

**VIA ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Dedra De La Rosa v. Elmwood NYT Owner, LLC and Bowlmor Times Square, LLC*
      Case No.: 1:22-cv-02300-ER

Dear Judge Ramos:

    We have recently appeared, on September 13, 2022, on behalf of defendant Elmwood NYT Owner, LLC ("Elmwood") in this case. Given this development, Elmwood and our office require additional time to have discussions with counsel for the other parties in preparation for an Initial Conference with the Court. Thus, we write, pursuant to Section 1.E of Your Honor's Individual Practices, to respectfully request an adjournment of the Initial Conference, presently scheduled for October 6, 2022.

    We have conferred with counsel for the other parties to this case regarding our request. Both counsel for the Receiver for Elmwood and counsel for co-defendant/tenant Bowlmor Times Square, LLC consent. Counsel for Plaintiff do not consent and provided the following as the reason for their refusal: "There have been no discussions, and defendants have already have extended time to review any filings." This represents our office's first for an extension or adjournment of any kind in this case.

    We thank the Court for its attention to this matter and consideration of this request.

Respectfully submitted,

*/s/ David J. Grech*

David J. Grech

cc:   All Attorneys of Record (*via* ECF)

1284079/71245489v.1