UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

        Plaintiff,

– against –

ELMWOOD NYT OWNER, LLC and
BOWLMOR TIMES SQUARE, LLC,

        Defendants.

**ORDER**

22 Civ. 2300 (ER)

RAMOS, D.J.:

    Before the Court is the letter request of Dedra De La Rosa, filed on April 19, 2023, for a telephonic conference, regarding her anticipated motion to compel defendants to permit her to perform an inspection of their premises on April 20, 2023 at 10:00 a.m.  Doc. 51.

    To the extent that De La Rosa requests that a conference be scheduled before April 20, 2023 at 10:00 a.m., that request is denied.  The parties are, however, directed to appear for telephonic conference on **April 25, 2023 at 9:30 a.m**.  The parties are instructed to dial (877) 411-9748 and enter access code 3029857# when prompted.

    Defendants are further directed to respond to De La Rosa's letter request, Doc. 51, by April 21, 2023.

    It is SO ORDERED.

Dated:    April 19, 2023
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.